Paul B. Brickfield (PB1355)
Brickfield & Donahue
70 Grand Avenue, Suite 100
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Defendant Edward Shin a/k/a Eungsoo Shin

| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | |
| v. | Case No.: 1:19-cr-00552-GHW |
| EDWARD SHIN a/k/a EUNGSOO SHIN, | **ORDER** |
| Defendants. | |

This matter having come before the Court on application of Defendant Edward Shin by Paul B. Brickfield, Esq. of Brickfield & Donahue for an Order to modify the conditions of the May 30, 2019 Order Setting Conditions of Release to allow Mr. Shin to travel throughout the United States with prior notice and permission of the United States Attorney's Office for the Southern District of New York and United States Pretrial Services for the Eastern District of Pennsylvania for each trip and notification to United States Pretrial Services for the Eastern District of Pennsylvania at the time of his return from each trip and the United States by Assistant United States Attorney Tara LaMorte having consented to same and United States Pretrial Services by Pretrial Services Officer Keri Foster having consented to same and for good cause shown,

1

IT IS HEREBY ORDERED this 24th day of August 2019 that the Defendant's conditions of release be modified as follows: Mr. Shin is permitted to travel throughout the United States with prior notice and permission of the United States Attorney's Office for the Southern District of New York and United States Pretrial Services for the Eastern District of Pennsylvania for each trip and notification to United States Pretrial Services for the Eastern District of Pennsylvania at the time of his return from each trip; and

IT IS FURTHER ORDERED that all other terms and conditions of the May 30, 2019 Order Setting Conditions of Release (as amended on August 14, 2019) shall remain in full force and effect.

_____
Honorable Gregory H. Woods, U.S.D.J.