*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

# MEMORANDUM ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/19

August 28, 2019

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re: **United States v. Edward Shin**, No. 19 Cr. 552 (GHW)

Dear Judge Woods:

The Government writes respectfully to request that the Court enter the enclosed protective order to govern the production of discovery in this matter. The Government and counsel for the defendant have executed the protective order.

In addition, the Government also wishes to advise the Court that we anticipate producing between 500 gigabytes and 1 terabyte of discovery in this matter. To that end, prior to the initial conference on August 14, we requested that the defense provide a 1 terabyte hard drive, which the defense has done. However, at the August 14 conference, Government counsel inadvertently misstated the volume of discovery to be approximately 10 gigabytes. The Government apologizes for the erroneous statement.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

Application granted by separate order. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED
New York, NY
August 28, 2019

_____
GREGORY H. WOODS
United States District Judge