UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

      v.

EDWARD SHIN
      A/K/A Eungsoo Shin,

           Defendant
-----------------------------------------------------------X

Case No. 1:19-cr-00552-GHW

**NOTICE OF APPEARANCE**

## NOTICE OF APPEARANCE - ROBERT J. BASIL.

PLEASE TAKE NOTICE that Robert J. Basil, Esq., admitted to practice before this Honorable Court, and a director of THE BASIL LAW GROUP, P.C., hereby appears as co-counsel of record for Defendant, EDWARD SHIN.

DATED: September 11, 2019

                              THE BASIL LAW GROUP, P.C.
                              1270 Broadway, Suite 305
                              New York, NY 10001
                              (917) 512-3066
                              (831) 536-1075 (Fax)

              By:    ___/s/ROBERT J. BASIL_____
                           Robert J. Basil (Bar #2507010)
                           robertjbasil@rjbasil.com