PAUL B. BRICKFIELD*†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE*
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR




70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/19

December 30, 2019

**Via ECF Only**
Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Application denied without prejudice. Counsel is directed to review and comply with the Court's Individual Rule of Practice 2(E). The Court understands that counsel is requesting the exclusion of time through the adjourned date; if so, the application should comply with the relevant components of the Court's Individual Rules.
SO ORDERED
December 30, 2019
New York, NY

GREGORY H. WOODS
United States District Judge

**Re: United States v. Edward Shin**
**Case No.: 1:19-cr-00552-GHW**

Dear Judge Woods:

I represent Edward Shin in the above-referenced matter which is scheduled for a status conference before Your Honor on Tuesday, January 7, 2020 at 9:00 a.m. I am writing to request an adjournment of this conference to a date in the week of January 20, 2020 or later for the following reasons. This is my first request for an adjournment.

I recently had two surgeries on my leg and my doctor has advised that I should not drive or stand for long periods of time until mid-January. Accordingly, I am requesting an adjournment to the week of January 20, 2020 or later to allow me additional time to heal.

I have today e-mailed Assistant U.S. Attorney Tara LaMorte and Assistant U.S. Attorney Daniel Tracer for their consent and will advise the Court of their position once received.

Please advise if this request is acceptable to Your Honor. Thank you.

Respectfully submitted,

Paul B. Brickfield

cc: Assistant U.S. Attorney Tara LaMorte (via ECF and electronic mail)
Assistant U.S. Attorney Daniel Tracer (via ECF and electronic mail)