**PAUL B. BRICKFIELD**\*†
pbrickfield@brickdonlaw.com

**JOSEPH R. DONAHUE**\*
jdonahue@brickdonlaw.com

_of counsel_
**NANCY J. SCAPPATICCI**
nscappaticci@brickdonlaw.com

**SANDRA COIRA**
scoira@brickdonlaw.com

\* CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



**A  T  T  O  R  N  E  Y  S**
70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

December 30, 2019

**Via ECF Only**
Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:   **United States v. Edward Shin**
>        **Case No.: 1:19-cr-00552-GHW**

Dear Judge Woods:

I represent Edward Shin in the above-referenced matter which is scheduled for a status conference before Your Honor on Tuesday, January 7, 2020 at 9:00 a.m. Today, I sent a letter to Your Honor requesting an adjournment of this conference to a date in the week of January 20, 2020 or later.

I am now writing to advise that Assistant U.S. Attorney Tara LaMorte has advised that her office has no objection to the adjournment of the January 7 status conference.

Please advise of dates after January 20, 2020 that are acceptable to the Court.

In addition, the parties have agreed that time between January 7, 2020 and the new status conference will be excludable under the Speedy Trial Act.

Respectfully submitted,

Paul B. Brickfield

cc:   Assistant U.S. Attorney Tara LaMorte (via ECF and electronic mail)
      Assistant U.S. Attorney Daniel Tracer (via ECF and electronic mail)