PAUL B. BRICKFIELD*†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE*
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



**BRICKFIELD & DONAHUE**
A T T O R N E Y S

70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

December 30, 2019

**Via ECF and Electronic Mail**
Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

   Re: **Revised Adjournment Request**

      **United States v. Edward Shin**
      **Case No.: 1:19-cr-00552-GHW**

Dear Judge Woods:

  I represent Edward Shin in the above-referenced matter which is scheduled for a status conference before Your Honor on Tuesday, January 7, 2020 at 9:00 a.m.

  As I advised in my previous letters to Your Honor today, I am requesting an adjournment of the status conference as I recently had two surgeries on my leg and my doctor has advised that I should not drive or stand for long periods of time until mid-January. In addition, today, I received a superseding indictment on this matter and additional time is needed for review of same.

  I have spoken to Assistant U.S. Attorney Tara LaMorte and she has consented to adjourning the status conference. The parties propose January 21, 2020 at 10:00 a.m. or alternatively January 23, 2020 at 10:00 a.m. as the new date for the status conference.

  The parties have agreed that time between January 7, 2020 and the new status conference will be excludable under the Speedy Trial Act because defense counsel, for the reasons set forth herein, needs additional time to adequately prepare a defense and to be prepared to attend the pretrial conference.

1

I have enclosed a proposed Order for Your Honor's review. We have drafted the Order with the January 21, 2020 date, but as noted above we are also available on January 23, 2020. Thank you.

Respectfully submitted,

*/s/ Paul B. Brickfield*

Paul B. Brickfield

enc. (via electronic mail only)

cc:   Assistant U.S. Attorney Tara LaMorte (via ECF and electronic mail w/ enc.)
      Assistant U.S. Attorney Daniel Tracer (via ECF and electronic mail w/enc.)