USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/19

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | UNITED STATES DISTRICT COURT |
|  | : | SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | Case No.: 19-cr-552 (GHW) |
|  | : |  |
|  | : |  |
| EDWARD SHIN a/k/a EUNGSOO SHIN, | : | **ORDER** |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

GREGORY H. WOODS, United States District Judge:

Upon the application of the Defendant Edward Shin a/k/a Eungsoo Shin, by and through his attorney Paul B. Brickfield, Esq. of Brickfield & Donahue and with the consent of Assistant U.S. Attorney Tara LaMorte and Assistant U.S. Attorney Daniel Tracer, by and through his attorney,

**IT IS HEREBY ORDERED** this 30th day of December, 2019 that the pretrial conference in this case be continued from January 7, 2019 to January 23, 2020 at 10:00 a.m. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because additional time is needed for defense counsel to adequately prepare the defense in this matter and failure to grant the continuance would deny the reasonable time necessary for effective preparation.

Accordingly, it is **ORDERED** that the time from the date of this Order through January 23, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**.

Dated:  December 30, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge