PAUL B. BRICKFIELD•†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE•
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

•CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



BRICKFIELD & DONAHUE
ATTORNEYS

70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

January 16, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2020

**Via ECF and Electronic Mail**
Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

  Re: United States v. Edward Shin
     Case No.: 1:19-cr-00552-GHW

Dear Judge Woods:

  I represent Edward Shin in the above-referenced matter which is scheduled for a status conference before Your Honor on Thursday, January 23, 2020 at 10:00 a.m.

  As I advised in my previous letters to Your Honor dated December 30, 2019, I recently had two surgeries on my leg. I am still recovering from these surgeries. I am requesting a two-week adjournment of the status conference to allow additional recovery time.

  I have spoken to Assistant U.S. Attorney Tara LaMorte and she has consented to adjourning the status conference. The parties propose February 6, 2020 at 10:00 a.m. as the new date.

  The parties have agreed that time between January 23, 2020 and February 6, 2020 will be excludable under the Speedy Trial Act because defense counsel, for the reasons set forth herein, needs additional time to adequately prepare a defense and to be prepared to attend the pretrial conference.

  I have enclosed a proposed Order for Your Honor's review. In the event the proposed date is not acceptable to the Court, please advise of the Court's preferred date. Thank you.

1

Respectfully submitted,

*[signature]*

Paul B. Brickfield

enc. (via electronic mail only)

cc: Assistant U.S. Attorney Tara LaMorte (via ECF and electronic mail w/ enc.)
Assistant U.S. Attorney Daniel Tracer (via ECF and electronic mail w/enc.)

Application granted in part. The pretrial conference scheduled for January 23, 2020 is adjourned to February 7, 2020 at 10:00 a.m. The Court will issue a separate order excluding time through February 7, 2020 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: January 17, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge