USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                   :

UNITED STATES OF AMERICA,      :

                                                  :

                    -v-                         :                1: 19-cr-00552-GHW

                                                  :

EDWARD SHIN,                       :                      <u>ORDER</u>

                                                  :

                    Defendants.  :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the defendant, EDWARD SHIN, by and through his attorney, PAUL BRICKFIELD, Esq., and with the consent of the Government, by and through Assistant United States Attorney TARA LAMORTE, it is hereby ORDERED that the pretrial conference in this case is continued from January 23, 2020 to February 7, 2020 at 10:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and permit the defendant and his counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through February 7, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      SO ORDERED.

Dated: January 17, 2020
New York, New York

                                                  _____
                                                     GREGORY H. WOODS
                                                  United States District Judge