USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,       :

                                      -v-                  :          1: 19-cr-00552-GHW

EDWARD SHIN,                        :           ORDER

                           Defendants.  :
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      A status conference is scheduled to take place in this case on April 13, 2020. In light of the COVID-19 pandemic, the parties are directed to submit a status update letter to the Court no later than April 8, 2020, describing the status of the case and each of the parties' respective positions regarding how best to proceed with this matter. The parties are directed to state their views with respect to a prospective exclusion of time in connection with any scheduling request.

      SO ORDERED.

Dated: March 22, 2020

                                                                           GREGORY H. WOODS
                                                           United States District Judge