```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                               :
UNITED STATES OF AMERICA,              :
                                                               :
                   -v-                               :                     1: 19-cr-00552-GHW
                                                               :
EDWARD SHIN,                              :                         <u>ORDER</u>
                                                               :
                                              Defendant.   :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       A hearing is scheduled to take place in this case on July 31, 2020. The Court requests that counsel for the defendant confer with him regarding his willingness to consent to conduct the conference by remote means, such as by Skype video-conference. The Court requests that counsel for the defendant submit a letter to the Court no later than June 19, 2020 stating whether the defendant is willing to consent to conduct the proceeding by remote means. If he is willing todo so, the Court requests that the defendant submit a written consent to proceed remotely in the form currently in use in the Southern District of New York, with any modifications that the defendant believes to be appropriate, no later than June 22, 2020. The Court will circulate access information for the conference after it receives a response from the defendant regarding his willingness to proceed by remote means.

       SO ORDERED.

Dated: June 10, 2020

                                                                      GREGORY H. WOODS
                                                             United States District Judge