PAUL B. BRICKFIELD*†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE*
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



**BRICKFIELD & DONAHUE**
ATTORNEYS

70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

June 19, 2020

**Via ECF Only**
Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    United States v. Edward Shin
                 Case No.: 1:19-cr-00552-GHW

Dear Judge Woods:

      I represent Edward Shin in the above-referenced matter. I am responding to the Court's Order dated June 10, 2020 regarding whether Mr. Shin and I would consent to the pretrial motions hearing scheduled for July 31, 2020 proceeding via Skype video-conference.

      After much consideration and thought, my client and I are declining to proceed in this fashion at this time. The motion to suppress and the motion for a bill of particulars are substantive motions and I am uncomfortable arguing such important motions remotely. We understand that these are unusual times and I want to assure the Court that we are continuing to work on this case, including the preparation and filing of the pretrial motions and memorandum, review of discovery and other pretrial tasks.

                               Respectfully submitted,

                               /s/ Paul B. Brickfield

                               Paul B. Brickfield

cc:    Robert Basil, Esq. (via ECF only)
        Assistant U.S. Attorney Daniel Tracer (via ECF only)
        Assistant U.S. Attorney Tara LaMorte (via ECF only)
        Edward Shin (via electronic mail only)