PAUL B. BRICKFIELD•†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE•
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



BRICKFIELD & DONAHUE
ATTORNEYS

70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/20

June 19, 2020

**MEMORANDUM ENDORSED**

Via ECF Only
Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Edward Shin
      Case No.: 1:19-cr-00552-GHW

Dear Judge Woods:

I represent Edward Shin in the above-referenced matter. I am responding to the Court's Order dated June 10, 2020 regarding whether Mr. Shin and I would consent to the pretrial motions hearing scheduled for July 31, 2020 proceeding via Skype video-conference.

After much consideration and thought, my client and I are declining to proceed in this fashion at this time. The motion to suppress and the motion for a bill of particulars are substantive motions and I am uncomfortable arguing such important motions remotely. We understand that these are unusual times and I want to assure the Court that we are continuing to work on this case, including the preparation and filing of the pretrial motions and memorandum, review of discovery and other pretrial tasks.

Respectfully submitted,

/s/ Paul B. Brickfield

Paul B. Brickfield

cc:   Robert Basil, Esq. (via ECF only)
      Assistant U.S. Attorney Daniel Tracer (via ECF only)
      Assistant U.S. Attorney Tara LaMorte (via ECF only)
      Edward Shin (via electronic mail only)

The proceeding scheduled for July 31, 2020 is rescheduled to July 24, 2020 at 12:00 p.m. Unless otherwise ordered, the proceeding will take place in Courtroom 12C, 500 Pearl Street, NY, NY 10007.
SO ORDERED.
Dated: June 21, 2020    _____
                         GREGORY H. WOODS
                         United States District Judge