USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -v-                     1:19-cr-00552-GHW

    EDWARD SHIN,                    ORDER

                             Defendant.
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The hearing scheduled for July 24, 2020 at 12:00 p.m. will be held in Courtroom 23B, 500 Pearl Street, New York, NY 10007. An audio feed of the hearing will be available. The audio feed can be accessed using the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website.

      SO ORDERED.

Dated: July 23, 2020

                                                   GREGORY H. WOODS
                                         United States District Judge