USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
-v-                                          :        1: 19-cr-00552-GHW
:
EDWARD SHIN,                                 :        ORDER
:
            Defendant.                       :
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On July 24, 2020, the Court held a hearing regarding Defendant's pretrial motions. Dkt. No. 36. For the reasons stated on the record during the hearing, Defendant's motions are DENIED.

SO ORDERED.

Dated: July 26, 2020

_____
GREGORY H. WOODS
United States District Judge