PAUL B. BRICKFIELD•†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE•
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

December 2, 2020

**Via ECF Only**
Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    United States v. Edward Shin
              Case No.: 1:19-cr-00552-GHW

Dear Judge Woods:

      I represent Edward Shin in the above-referenced matter. Please accept this letter in furtherance of our letter motion dated December 2, 2020 (Document No.: 51) requesting an extension of the pretrial deadlines and the trial date.

      The original due date for the pretrial materials was November 12, 2020. The due date was adjourned by the Court to December 8, 2020 based on a joint request by the parties.

                          Respectfully submitted,

                          /s/ Paul B. Brickfield

                          Paul B. Brickfield

cc:    Robert Basil, Esq. (via ECF only)
        Assistant U.S. Attorney Anden Chow (via ECF only)
        Assistant U.S. Attorney Tara LaMorte (via ECF only)