USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

              -v-                         1: 19-cr-00552-GHW

    EDWARD SHIN,                              ORDER

                            Defendant.
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the defendant's December 2, 2020 letter motions, and the Government's December 3, 2020 response. Dkt. Nos. 51-53. The parties' joint request to extend the deadline to submit all pretrial materials is denied. The parties have been afforded a substantial amount of time to complete the preparation of the pretrial materials by December 8, 2020, as ordered. No justification has been provided for the request to extend the deadline for the submission of those pretrial materials other than the request to adjourn the trial date, and the Court has not determined that an adjournment of the trial date is warranted. Regardless of the date on which the trial takes place, the parties must prepare the ordered pretrial materials; this is not wasted effort. Early preparation of the pretrial materials will allow the Court to hold the trial promptly when an appropriate trial date is available. The deadline for the submission of pretrial materials remains December 8, 2020.

The Court defers ruling on the defendant's request to adjourn the trial date. The Court has requested February 22, 2021 as the date for the commencement of trial. The Court expects to evaluate the defendant's application in the future based on the then-current conditions. Until the Court rules on the application, the parties should prepare for a trial commencing on or about February 22, 2021. If the Court has not ruled on the adjournment application prior to January 11,

2021, the parties are invited to write the Court regarding the application.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 51 and 52.

SO ORDERED.

Dated: December 3, 2020

_____
GREGORY H. WOODS
United States District Judge