USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -v-                               1: 19-cr-00552-GHW

    EDWARD SHIN,                                ORDER

                Defendant.
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 5, 2021, due to recent spikes in coronavirus cases and other medical developments, Chief Judge McMahon issued an order extending her November 30, 2020 order suspending in-person operations, including jury trials, in the Southern District of New York. In light of that order, Defendant's request to adjourn the jury trial scheduled for February 22, 2021 is granted. *See* Dkt. Nos. 51-52, 54. The parties are directed to meet and confer and submit a letter to the Court by no later than January 11, 2021, with a list of proposed alternative trial dates in the late summer and early fall of 2021.

       SO ORDERED.

Dated: January 6, 2021

                                                                 GREGORY H. WOODS
                                                           United States District Judge