USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -v-                               1: 19-cr-00552-GHW

    EDWARD SHIN,                               ORDER

                    Defendant.
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the February 10, 2021 conference, trial in this matter will commence at 9:00 a.m. on August 16, 2021. Unless otherwise ordered, the trial will take place in Courtroom 23B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

    The parties are directed to submit their modified requests to charge by no later than May 3, 2021. As stated on the record during the February 10, 2021 conference, the parties should submit their proposals together in a single document, with a blackline showing all sections where the parties' positions diverge. Proposed requests to charge must include citations to supporting legal authority. For any request to charge on which the parties cannot agree, each party should clearly set forth its proposed charge or question, and briefly state why the Court should use its proposed charge or question, with citations to supporting authority.

    SO ORDERED.

Dated: February 10, 2021

                                                                  GREGORY H. WOODS
                                                        United States District Judge