March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Edward Shin ,

                         Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19 -CR- 00552 (GHW) ( )

Defendant **Edward Shin** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Edward Shin_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Edward Shin**
Print Defendant's Name

_/s/ Paul B. Brickfield_
Defense Counsel's Signature

**Paul B. Brickfield**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

February 12, 2021
Date

_/s/ Gregory H. Woods_
U.S. District Judge/U.S. Magistrate Judge