USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                :
  UNITED STATES OF AMERICA,            :
                                                :
                      -v-                           :           1: 19-cr-00552-GHW
                                                :
  EDWARD SHIN,                                :                  <u>ORDER</u>
                                                :
                           Defendant.   :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on February 12, 2021, Defendant's December 8, 2020 motion in limine, Dkt. No. 57, is denied, and the Government's December 8, 2020 motion in limine, Dkt. No. 60, is granted in part and denied in part.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 57 and 60.

SO ORDERED.

Dated:  April 14, 2021
New York, New York

                                                             _____
                                                                  GREGORY H. WOODS
                                                              United States District Judge