

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

May 19, 2021

<u>BY ECF</u>

Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   <u>United States v. Edward Shin</u>,
          19 Cr. 552 (GHW)

Dear Judge Woods:

    The Government is in receipt of the defendant's request that the Court issue a subpoena to the United States Citizenship and Immigration Services. (Dkt. No. 87.) The Government respectfully requests that it be permitted to file its response to that motion on or before May 27, 2021.

          Respectfully submitted,

          AUDREY STRAUSS
          Acting United States Attorney for the
          Southern District of New York

    By:     /s/
          Tara LaMorte / Anden Chow / Sarah Mortazavi
          Assistant United States Attorneys
          (212) 637-1041 / 2348 / 2520