

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2021
```

BY ECF  **MEMORANDUM ENDORSED**

Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    United States v. Edward Shin,
             19 Cr. 552 (GHW)

Dear Judge Woods:

    The Government is in receipt of the defendant's request that the Court issue a subpoena to the United States Citizenship and Immigration Services. (Dkt. No. 87.) The Government respectfully requests that it be permitted to file its response to that motion on or before May 27, 2021.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney for the
    Southern District of New York

By:    /s/
    Tara LaMorte / Anden Chow / Sarah Mortazavi
    Assistant United States Attorneys
    (212) 637-1041 / 2348 / 2520

Application granted in part. The Court requests that any opposition be filed no later than May 28, 2021. Any reply must be filed no later than June 3, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 88.

SO ORDERED.
Dated: May 26, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge