USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
-v- : 1:19-cr-552-GHW
:
EDWARD SHIN, : ORDER
:
Defendant. :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     The Court will hold a conference at which it will discuss trial scheduling on June 11, 2021 at 10:00 a.m. The proceeding will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. Should the Defendant wish the proceeding to be conducted by remote means, he is directed to file a letter with the Court making that request no later than June 9, 2021; the letter should be accompanied by an executed consent to proceed by remote means.

     SO ORDERED.

Dated: June 7, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge