USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                :
UNITED STATES OF AMERICA,        :
                                                :
            -v-                        :               1:19-cr-552-GHW
                                                :
EDWARD SHIN,                        :               <u>ORDER</u>
                                                :
                      Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On June 11, 2021, the Court held a conference with the parties in which it discussed the scheduling of trial in this matter. As stated on the record, the jury trial scheduled to begin on August 16, 2021 is adjourned to November 29, 2021 at 9:00 a.m. The trial will take place in a courtroom of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated: June 16, 2021
New York, New York

                                                      GREGORY H. WOODS
                                                United States District Judge