USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -v-                                  1:19-cr-552-GHW

    EDWARD SHIN,                                  ORDER

                       Defendant.
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On June 7, 2021, this Court issued an order in which it directed Foxwoods Resort Casino ("Foxwoods") to appear before this Court to show cause why it should not be ordered to produce documents pursuant to a subpoena served upon it by the Defendant on November 5, 2020. Dkt. No. 95. In that order, the Court directed Defendant to serve the order and Defendant's submissions upon Foxwoods and directed Foxwoods to appear before this Court on July 8, 2021. The Court also directed Foxwoods to file any opposition no later than June 29, 2021. After Foxwoods failed to file any papers in opposition, Shin sought an order from this Court directing Foxwoods to produce documents responsive to Shin's subpoena. Dkt. No. 98.

      In his most recent submission, Shin does not provide a proposed order granting the relief he seeks. Accordingly, Shin is directed to submit a proposed order in Microsoft Word format no later than July 6, 2021. Shin is further directed to serve this order on Foxwoods. Additionally, the Government is reminded that, at the conference held on June 11, 2021, it agreed to provide its view regarding the jurisdictional question the Court raised concerning the enforcement of Defendant's subpoena. The Court would still appreciate the Government's views. The show cause hearing set for July 8, 2021 shall proceed as scheduled.

      SO ORDERED.

Dated: July 2, 2021
New York, New York

                                                    GREGORY H. WOODS
                                                   United States District Judge