PAUL B. BRICKFIELD*†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE*
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

August 2, 2021

**Via ECF Only**
Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Edward Shin**
                 **Case No.: 1:19-cr-00552-GHW**

Dear Judge Woods:

      I represent Edward Shin in the above-referenced matter. I am writing to request that the Court withdraw the pending Order to Show Cause relating to our subpoena to Foxwoods Resort Casino. As set forth in my letter to Your Honor of July 7, 2021, I became aware of an alternative method through the Mashantucket Pequot Tribal Court to obtain these records. The Tribal Court did issue a subpoena and some records have been provided and I am hopeful that additional records will soon be provided.

      In light of same, I do not believe we need to proceed further in Your Honor's Court on the Order to Show Cause and I respectfully request that it be marked withdrawn.

                                 Respectfully submitted,

                                   /s/ Paul B. Brickfield

                                   Paul B. Brickfield

cc:     Robert Basil, Esq. (via ECF only)
          Assistant U.S. Attorney Tara LaMorte (via ECF only)
          Assistant U.S. Attorney Anden Chow (via ECF only)
          Assistant U.S. Attorney Jessica Greenwood (via ECF only)
          Tawnii N. Cooper-Smith, Esq. (via electronic mail only)