PAUL B. BRICKFIELD*†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE*
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



BRICKFIELD & DONAHUE
ATTORNEYS

70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

August 2, 2021

Via ECF Only

**MEMORANDUM ENDORSED**

Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Edward Shin
      Case No.: 1:19-cr-00552-GHW

Application granted. The pending order to show cause is withdrawn. The hearing scheduled for August 5, 2021 is adjourned *sine die*. Counsel for the defendant is directed to serve this order on Foxwoods Resort Casino.
SO ORDERED.
Dated: August 2, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Dear Judge Woods:

I represent Edward Shin in the above-referenced matter. I am writing to request that the Court withdraw the pending Order to Show Cause relating to our subpoena to Foxwoods Resort Casino. As set forth in my letter to Your Honor of July 7, 2021, I became aware of an alternative method through the Mashantucket Pequot Tribal Court to obtain these records. The Tribal Court did issue a subpoena and some records have been provided and I am hopeful that additional records will soon be provided.

In light of same, I do not believe we need to proceed further in Your Honor's Court on the Order to Show Cause and I respectfully request that it be marked withdrawn.

Respectfully submitted,

/s/ Paul B. Brickfield

Paul B. Brickfield

cc:   Robert Basil, Esq. (via ECF only)
      Assistant U.S. Attorney Tara LaMorte (via ECF only)
      Assistant U.S. Attorney Anden Chow (via ECF only)
      Assistant U.S. Attorney Jessica Greenwood (via ECF only)
      Tawnii N. Cooper-Smith, Esq. (via electronic mail only)