```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
              -v-                                                      :    19 Cr. 552 (JPC)
                                                                       :
                                                                       :        NOTICE OF
EDWARD SHIN,                                                           :      REASSIGNMENT
                                                                       :
                    Defendant.                                         :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      This case was reassigned to the undersigned on October 12, 2021. All deadlines remain in effect. Counsel for all parties are hereby directed to appear before the undersigned for a conference on October 15, 2021 at 12:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

      SO ORDERED.

Dated: October 12, 2021  
       New York, New York

                                                    JOHN P. CRONAN  
                                              United States District Judge