UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                                                  :
                    -v-                                           :        19 Cr. 552 (JPC)
                                                                  :
                                                                  :        ORDER
EDWARD SHIN,                                                      :
                                                                  :
                    Defendant.                                    :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

At the October 15, 2021, conference, defense counsel indicated that it would like an interpreter available for Mr. Shin.  By November 2, 2021, defense counsel shall file a letter saying whether Mr. Shin needs contemporaneous interpretation or whether a stand-by interpreter will be sufficient.

SO ORDERED.

Dated: October 28, 2021
       New York, New York
                                                        _____
                                                              JOHN P. CRONAN
                                                          United States District Judge