UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                                :

UNITED STATES OF AMERICA        :      **Notice of Appearance**

        - v. -                                 :

                                                :      19 Cr. 552 (JPC)

EDWARD SHIN,                          :

                  Defendant.          :

                                                :
------------------------------------ X

TO:    Clerk of Court
         United States District Court
         Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in the above-captioned case.

                                                        Respectfully submitted,

                                                        DAMIAN WILLIAMS
                                                        United States Attorney for the
                                                        Southern District of New York

                                                        by:    /s/
                                                             Jessica Greenwood
                                                             Assistant United States Attorney
                                                            (212) 637-1090