UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,         :
:
:
:
-v-                               :     S2 19 Cr. 552 (JPC)
:
:           ORDER
:
EDWARD SHIN,                      :
:
Defendant.           :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As the Government previewed at the status conference on October 15, 2021, a superseding indictment was returned by the grand jury on October 27, 2021. By November 3, 2021, the parties shall advise the Court when they request that the Court arraign the defendant on the superseding indictment.

      SO ORDERED.

Dated: November 1, 2021
       New York, New York

                                            JOHN P. CRONAN
                                        United States District Judge