

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2021

**BY ECF**

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Shin*, 19 Cr. 552 (JPC)

Dear Judge Cronan:

    The Government respectfully submits this letter regarding the second Superseding Indictment in this matter, which was filed on the docket on October 27, 2021 (Dkt. No. 115). With the consent of defense counsel, the Government requests that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) between today and November 23, 2021 (the date of our final pretrial conference) in the interests of justice in light of the current trial date. The Government and the defense also request that the defendant be arraigned on the second Superseding Indictment at the final pretrial conference, currently scheduled for November 23, 2021 at 3 p.m.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney
    Southern District of New York

By:   /s/
    Anden Chow
    Tara LaMorte
    Jessica Greenwood
    Assistant United States Attorneys
    212-637-2348/1041/1090

cc: Counsel of Record (by ECF)

The Court grants the unopposed request for the defendant to be arraigned on the second Superseding Indictment at the final pretrial conference on November 23, 2021 at 3 p.m. The Court also finds that the interests of justice warrant excluding time between now and November 23, 2021, from the Speedy Trial Clock under 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.
Date: November 1, 2021
    New York, New York

JOHN P. CRONAN
United States District Judge