PAUL B. BRICKFIELD•†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE•
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

November 2, 2021

**Via ECF Only**
Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    United States v. Edward Shin
              Case No.: 1:19-cr-00552-JPC

Dear Judge Cronan:

      I represent Edward Shin in the above-referenced matter. I am in receipt of your Order of October 28, 2021 concerning interpreter services for Mr. Shin. Please be advised that a standby interpreter will be sufficient for Mr. Shin.

                    Respectfully submitted,

                    /s/ Paul B. Brickfield

                    Paul B. Brickfield

cc:    Robert Basil, Esq. (via ECF only)
        Assistant U.S. Attorney Tara LaMorte (via ECF only)
        Assistant U.S. Attorney Anden Chow (via ECF only)
        Assistant U.S. Attorney Jessica Greenwood (via ECF only)