UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-                                                                              19 Cr. 552 (JPC)

ORDER

EDWARD SHIN,

                Defendant.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On November 13, 2021, the Government filed a supplemental motion *in limine*. *See* Dkt. 124. Any response to the supplemental motion *in limine* is due by November 18, 2021. The parties should be prepared to discuss the supplemental motion *in limine* at the final pretrial conference on November 23, 2021, at 3:00 p.m.

        SO ORDERED.

Dated: November 15, 2021
       New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge