

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2021

**BY ECF**

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

     Re:   *United States v. Shin*, 19 Cr. 552 (JPC)

Dear Judge Cronan:

     The Government respectfully submits this letter regarding the supplemental motions *in limine* filed by the defendant on November 18, 2021.

     With regard to the defendant's first motion seeking to preclude the Government from referencing in its opening statement a check in the amount of $113,313.74 that was deposited into a co-conspirator's account, there was a misunderstanding and the Government has clarified with defense counsel that it does not intend to reference the check in its opening statement.

     With regard to the defendant's second motion pertaining to findings by the Small Business Administration, the Government agrees that the issue will be better defined for the Court once the parties exchange exhibits next week and have had a chance to confer.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney
                                        Southern District of New York

                 By:    /s/_____
                          Anden Chow
                          Tara LaMorte
                          Jessica Greenwood
                          Assistant United States Attorneys
                          212-637-2348/1041/1090

cc: Counsel of Record (by ECF)