PAUL B. BRICKFIELD•†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE•
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

•CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



BRICKFIELD & DONAHUE
A T T O R N E Y S
70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

November 23, 2021

**Via ECF Only**
Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Edward Shin**
              **Case No.: 1:19-cr-00552-JPC**

Dear Judge Cronan:

      I represent Edward Shin in the above-referenced matter. I am writing to advise the Court that I will be seeking an adjournment of the trial date for approximately 30 days at today's pretrial conference. The basis for the request is the Government's recent and continuing discovery productions. Mr. Shin was arrested in May 2019 and indicted in July 2019. Since November 1, 2021, the Government has produced over 8,500 documents in discovery. This production is ongoing as outlined below.

1. Tuesday, November 2, 2021 at 7:52 p.m. - Approximately 3,300 pages;

2. Thursday, November 4, 2021 at 9:12 a.m. - Approximately 10 pages;

3. Saturday, November 6, 2021 at 9:00 a.m. - Approximately 60 pages;

4. Wednesday, November 10, 2021 at 7:03 p.m. - Approximately 600 pages;

5. Monday, November 15, 2021 at 9:37 p.m. - Approximately 550 pages;

6. Wednesday, November 17, 2021 at 7:34 p.m. - Approximately 460 pages;

7. Friday, November 19, 2021 at 3:27 p.m. and at 11:07 p.m. Approximately 560 pages; and

1

8. Monday, November 22, 2021 at 9:07 a.m. and at 10:53 p.m. - Approximately 3,400 pages.

I have attached copies of the Government's discovery transmittal letters hereto.

This late production is unreasonable and unfairly prejudices Mr. Shin and his counsel who simply will not have sufficient time to review, let alone, digest this volume of documents. For example, one of the Government's expected witnesses is Bum Tak Lee, a nephew of Mr. Shin, and the Government has produced in the last several days approximately 400 pages of emails, including Excel attachments, between Mr. Lee and Mr. Shin and approximately 1,800 pages of banking records relating to Mr. Lee's business First Ave Lee's Market, which the Government maintains Mr. Shin has a hidden interest. For these reasons, we will be respectfully requesting an adjournment of the trial date later today.

Respectfully submitted,

/s/ Paul B. Brickfield

Paul B. Brickfield

encs.

cc: Robert Basil, Esq. (via ECF only w/ encs.)
Assistant U.S. Attorney Tara LaMorte (via ECF only w/ encs.)
Assistant U.S. Attorney Anden Chow (via ECF only w/ encs.)
Assistant U.S. Attorney Jessica Greenwood (via ECF only w/ encs.)



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2021

Via USAfx
Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, NJ 07661

Tuesday
7:52pm

Re: *United States v. Edward Shin*, 19 Cr. 552 (JPC)

Dear Mr. Brickfield:

This letter provides additional discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and seeks reciprocal discovery. The following materials, which have been Bates stamped USAO_000398973 - 000402322, are being made available to you on USAfx. Please note that these materials are being produced pursuant to the protective order entered in this case on August 28, 2019.

| Bates Range | Description |
| --- | --- |
| USAO_000398973 - 000400063 | Deposition of Samuel Ahn & Exhibits |
| USAO_000400064 - 000400230 | Dong Lee v Shin & Noah Bank Bergen Superior Court |
| USAO_000400231 - 000400317 | Dong Lee v Shin & Noah Bank USDC |
| USAO_000400318 - 000402191 | Jae Ho Lee_Basic Food v Shin_Noah Bank |
| USAO_000402192 | Text message |
| USAO_000402193 - 000402235 | J▇ K▇ Notebook |
| USAO_000402236 - 000402322 | Homeland Security Investigations Report and Inventory |

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letters. The Government also recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: ___*/s/ Anden Chow*___
Tara M. LaMorte/Anden Chow/Jessica Greenwood
Assistant United States Attorneys
(212) 637-2348



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 4, 2021

Via USAfx
Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, NJ 07661

Thursday
9:12 am

Re: *United States v. Edward Shin*, 19 Cr. 552 (JPC)

Dear Mr. Brickfield:

This letter provides additional discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and seeks reciprocal discovery. The following materials, which have been Bates stamped USAO_000402323 - 000402333, are being made available to you on USAfx. Please note that these materials are being produced pursuant to the protective order entered in this case on August 28, 2019.

| Bates Range | Description |
| --- | --- |
| USAO_000402323 - 000402333 | Documents provided by Soo Chul Yook |

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letters. The Government also recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: ___*/s/ Anden Chow*___
Tara M. LaMorte/Anden Chow/Jessica Greenwood
Assistant United States Attorneys
(212) 637-2348



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 6, 2021

Via USAfx
Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, NJ 07661

Saturday
9:00 am

Re: *United States v. Edward Shin,* 19 Cr. 552 (JPC)

Dear Mr. Brickfield:

This letter provides additional discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and seeks reciprocal discovery. The following materials, which have been Bates stamped USAO_000402334 - 000402394, are being made available to you on USAfx. Please note that these materials are being produced pursuant to the protective order entered in this case on August 28, 2019.

| Bates Range | Description |
| --- | --- |
| USAO_000402334 | List of Management and Board Committee members |
| USAO_000402335 - 000402394 | SBA Documents |

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letters. The Government also recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/ Anden Chow_____
Tara M. LaMorte/Anden Chow/Jessica Greenwood
Assistant United States Attorneys
(212) 637-2348



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2021

Via USAfx
Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, NJ 07661

Wednesday
7:03 pm

Re: *United States v. Edward Shin*, 19 Cr. 552 (JPC)

Dear Mr. Brickfield:

This letter provides additional discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and seeks reciprocal discovery. The following materials, which have been Bates stamped USAO_000402395 - 000403020, are being made available to you on USAfx. Please note that these materials are being produced pursuant to the protective order entered in this case on August 28, 2019.

| Bates Range | Description |
| --- | --- |
| USAO_000402395 | Photograph of Edward Shin |
| USAO_000402396 - 000402673 | Dong Lee Emails[1] |
| USAO_000402674 - 000403020 | Sands Bethworks Gaming LLC Return |

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letters. The Government also recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: ___*/s/ Anden Chow*___
Tara M. LaMorte/Anden Chow/Jessica Greenwood
Assistant United States Attorneys
(212) 637-2348

---

[1] We believe that some portion of these emails have already been produced in discovery, however we are producing these now in an abundance of caution.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2021

Via USAfx
Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, NJ 07661

Monday
9:37 pm

Re: *United States v. Edward Shin*, 19 Cr. 552 (JPC)

Dear Mr. Brickfield:

This letter provides additional discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and seeks reciprocal discovery. The following materials, which have been Bates stamped USAO_000403021 - 000403571, are being made available to you on USAfx. Please note that these materials are being produced pursuant to the protective order entered in this case on August 28, 2019.

| Bates Range | Description |
|---|---|
| USAO_000403021 | Picture of Cell Phone |
| USAO_000403022 - 000403115 | Bum Tak Lee Emails |
| USAO_000403116 - 000403571 | Noah Bank Documents |

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letters. The Government also recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Anden Chow*
Tara M. LaMorte/Anden Chow/Jessica Greenwood
Assistant United States Attorneys
(212) 637-2348



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2021

Via USAfx
Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, NJ 07661

Wednesday
7:34 pm

Re: *United States v. Edward Shin*, 19 Cr. 552 (JPC)

Dear Mr. Brickfield:

This letter provides additional discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and seeks reciprocal discovery. The following materials, which have been Bates stamped USAO_000403572 - 000404034, are being made available to you on USAfx. Please note that these materials are being produced pursuant to the protective order entered in this case on August 28, 2019.

| Bates Range | Description |
|---|---|
| USAO_000403572 - 000403991 | Noah Bank Documents |
| USAO_000403992 - 000404028 | SBA Documents |
| USAO_000404029 - 000404034 | Translations |

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letters. The Government also recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Anden Chow*
Tara M. LaMorte/Anden Chow/Jessica Greenwood
Assistant United States Attorneys
(212) 637-2348



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2021

Friday
3:27pm

Via USAfx
Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, NJ 07661

Re: *United States v. Edward Shin*, 19 Cr. 552 (JPC)

Dear Mr. Brickfield:

This letter provides additional discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and seeks reciprocal discovery. The following materials, which have been Bates stamped USAO_00040435 - 000404596, are being made available to you on USAfx. Please note that these materials are being produced pursuant to the protective order entered in this case on August 28, 2019.

| Bates Range | Description |
|---|---|
| USAO_000404035 - 000404596 | Documents from Woori Bank |

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letters. The Government also recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Anden Chow
Tara M. LaMorte/Anden Chow/Jessica Greenwood
Assistant United States Attorneys
(212) 637-2348



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2021 Friday
11:07 pm

Via USAfx
Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, NJ 07661

Re: *United States v. Edward Shin*, 19 Cr. 552 (JPC)

Dear Mr. Brickfield:

This letter provides additional discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and seeks reciprocal discovery. The following materials, which have been Bates stamped USAO_000404597 - 000404604, are being made available to you on USAfx. We believe that this document was produced in discovery, however we are producing these now in an abundance of caution. Please note that these materials are being produced pursuant to the protective order entered in this case on August 28, 2019.

| Bates Range | Description |
|---|---|
| USAO_000404597 - 000404604 | SBA Eligibility Questionnaire for 1797 Empire |

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letters. The Government also recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: ___*/s/ Anden Chow*___
Tara M. LaMorte/Anden Chow/Jessica Greenwood
Assistant United States Attorneys
(212) 637-2348



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2021

Via USAfx
Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, NJ 07661

Monday
9:07 am

Re: *United States v. Edward Shin*, 19 Cr. 552 (JPC)

Dear Mr. Brickfield:

This letter provides additional discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and seeks reciprocal discovery. The following materials, which have been Bates stamped USAO_000404605 - 000406241, are being made available to you on USAfx. Please note that these materials are being produced pursuant to the protective order entered in this case on August 28, 2019.

| Bates Range | Description |
|---|---|
| USAO_000404605 - 000404632 | Bum Tak Lee Emails |
| USAO_000404633 - 000406210 | SOP Documents (These documents are publicly available online) |
| USAO_000406211 – 000406241 | Documents from ▮▮▮▮ v Chin M Yi (These documents were taken from the public docket) |

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letters. The Government also recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: ___*/s/ Anden Chow*___
Tara M. LaMorte/Anden Chow/Jessica Greenwood
Assistant United States Attorneys
(212) 637-2348



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2021

*[handwritten: Monday 10:53 pm]*

Via USAfx
Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, NJ 07661

Re: *United States v. Edward Shin*, 19 Cr. 552 (JPC)

Dear Mr. Brickfield:

This letter provides additional discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and seeks reciprocal discovery. The following materials, which have been Bates stamped USAO_000406241 - 000408073, are being made available to you on USAfx. Please note that these materials are being produced pursuant to the protective order entered in this case on August 28, 2019.

| Bates Range | Description |
| --- | --- |
| USAO_000406241 - 000408073 | Documents from Noah Bank |

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's previous discovery letters. The Government also recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/ Anden Chow___
Tara M. LaMorte/Anden Chow/Jessica Greenwood
Assistant United States Attorneys
(212) 637-2348