

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 24, 2021

**BY ECF**

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Shin*, 19 Cr. 552 (JPC)

Dear Judge Cronan:

    The Government learned this morning that a criminal trial scheduled for December 6, 2021, pled out yesterday afternoon. It is our understanding that there is no criminal matter that is scheduled for that time. Thus, a civil matter has been scheduled for that slot; however, criminal matters take precedence. Therefore, the Government respectfully requests that the Court schedule this matter for trial to begin on December 6. As discussed yesterday, a brief adjournment, such as the one currently proposed, would be sufficient for the defense to prepare in light of the nature of the recent discovery productions.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney
    Southern District of New York

By:   /s/
    Anden Chow
    Tara LaMorte
    Jessica Greenwood
    Assistant United States Attorneys
    212-637-2348/1041/1090

cc: Counsel of Record (by ECF)