UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
                                                                     :
             -v-                                                     :   19 Cr. 552 (JPC)
                                                                     :
                                                                     :   ORDER
EDWARD SHIN,                                                         :
                                                                     :
                         Defendant.                                  :
                                                                     :
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      On November 24, 2021, the Government moved to have the Court schedule the trial to begin on December 6, 2021.  *See* Dkt. 134.  By 5:00 p.m. today, Defendant shall file a letter responding to the Government's motion and explaining whether Defendant consents to a December 6 trial date.  If Defendant does not consent to that date, the letter shall detail why he does not consent, including why the one-week adjournment from the original trial date would not satisfy his concerns raised at the pretrial conference on November 23, 2021, and the letter found at Dkt. 132.

      SO ORDERED.

Dated: November 24, 2021
      New York, New York                                            JOHN P. CRONAN
                                                                United States District Judge