

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 15, 2022

**BY ECF**

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Shin*, 19 Cr. 552 (JPC)

Dear Judge Cronan:

  The Government writes respectfully to request that time be excluded under the Speed Trial Act from April 4, 2022, through April 20, 2022, pursuant to Title 18, United States Code, Section 3161(h). The exclusion of time would provide defense counsel with an opportunity to prepare for trial adequately. The Government has conferred with defense counsel, who express no objection to the Government's request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/
  Tara La Morte
  Anden Chow
  Jessica Greenwood
  Assistant United States Attorneys
  212-637-2348/1041/1090

The Government's request for time between April 4, 2022 and April 20, 2022 to be excluded under the Speedy Trial Act is GRANTED. The Court finds that, pursuant to 18 U.S.C. 3161(h)(7)(A), the ends of justice served by excluding time until April 20, 2022 outweigh the interests of the public and the defendant in a speedy trial, by allowing time for the defendant and his counsel to adequately prepare for trial.

SO ORDERED.
Date: February 16, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

cc: Counsel of Record (by ECF)