UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                       :
:
:
                -v-                             :         19 Cr. 552 (JPC)
:
:                    ORDER
EDWARD SHIN,                                    :
:
                    Defendant.                  :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has received the trial schedule for the second quarter, and this case has been scheduled for a trial date of April 25, 2022, which is later than the date requested. Given the expected length of the trial, this trial date will not be feasible in light of the Court's conflicts starting on May 10, 2022. By March 7, 2022, the parties shall file a joint letter discussing the parties' availability for trial in July and August of this year in the event it is not possible to secure an earlier trial date in April. The parties also should advise the Court if the anticipated length of trial has changed since their last update.

SO ORDERED.

Dated: March 4, 2022
       New York, New York                           _____
                                                    JOHN P. CRONAN
                                                    United States District Judge