UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                   :
UNITED STATES OF AMERICA,               :
                                   :
          -v-                           :         19 Cr. 552 (JPC)
                                   :               ORDER
EDWARD SHIN,                          :
                                   :
                Defendant.      :
                                   :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On March 4, 2022, the Court ordered the parties by March 7, 2022 to "file a joint letter discussing the parties' availability for trial in July and August of this year in the event it is not possible to secure an earlier trial date in April." Dkt. 154. Since that Order, the Court learned of the possibility of securing a trial date of April 12, 2022 and April 18, 2022. By March 8, 2022, the parties shall file a joint letter discussing the parties' availability for trial to begin on April 12, 2022 and April 18, 2022. That letter should also provide the parties availability for trial in July and August of this year, as outlined in the Court's March 4 Order.

        SO ORDERED.

Dated: March 7, 2022
       New York, New York

                                                JOHN P. CRONAN
                                            United States District Judge