UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                      :
UNITED STATES OF AMERICA,                      :
                      :
         -v-                      :      19 Cr. 552 (JPC)
                      :      <u>ORDER</u>
EDWARD SHIN,                      :
            Defendant.          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has secured a trial date of April 20, 2022. The parties have submitted that they are both available for an April 20 trial date. *See* Dkt. 156 at 1; Dkt. 151; Dkt. 150; Dkt. 148 at 1. The parties shall therefore prepare for an April 20 trial date and appear for the scheduled final pretrial conference on April 11, 2022 at 10:00 a.m. *See* Dkts. 151, 161. Any previous deadlines remain in effect.

       SO ORDERED.

Dated: March 15, 2022
       New York, New York                               JOHN P. CRONAN
                                                        United States District Judge