```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
                          -v-                                          :    19 Cr. 552 (JPC)
                                                                       :
                                                                       :         ORDER
EDWARD SHIN,                                                           :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Trial in this case will commence on April 26, 2022.  The parties shall appear at 9:30 a.m. on April 26 in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, to discuss any remaining pretrial matters.  Jury selection is expected to start at 10:00 a.m. that day in the same courtroom.

      SO ORDERED.

Dated: April 20, 2022
       New York, New York
                                                  JOHN P. CRONAN
                                         United States District Judge