UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

             -against-

Edward Shin

                                      Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19   -CR- 552  ( )( )

Defendant __Edward Shin__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Edward Shin**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Paul B. Brickfield**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

April 20, 2022
Date

_____
U.S. District Judge/U.S. Magistrate Judge