# THE BASIL LAW GROUP

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
125 WEST 31ST STREET #19-B
NEW YORK NY 10001
917-994-9973
FAX 831-536-1075
ROBERTJBASIL@RJBASIL.COM

April 25, 2022

VIA ECF
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Shin*, **19 Cr. 552 (JPC)**

Dear Judge Cronan:

I write to restate my request for accommodation during this trial regarding my oral argument on an appeal in the Superior Court of New Jersey, Appellate Division. That argument scheduled to commence via Microsoft Teams on April 28, 2022.

I would need to sign on to the Superior Court website no later than 11:45AM on that date. I would appreciate 15 minutes leeway in addition to prepare for argument.

I had requested at the pre-trial conference that the Court make an effort to provide me with an appropriate facility in the Courthouse so that our trial may not be unnecessarily delayed. I need to know as soon as practicable whether such a facility will be provided so that I can attempt to make alternative plans if required.

Respectfully,

/s Robert J. Basil
ROBERT J. BASIL, ESQ.
robertjbasil@rjbasil.com
Attorney for Defendant Edward Shin