# THE BASIL LAW GROUP

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
125 WEST 31ST STREET #19-B
NEW YORK NY 10001
917-994-9973
FAX 831-536-1075
ROBERTJBASIL@RJBASIL.COM

May 1, 2022

VIA ECF
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. Shin*, 19 Cr. 552 (JPC)

Dear Judge Cronan:

      I write to report some addition issues regarding representation by The Basil Law Group of persons that may be involved in this trial.  This firm once represented John Kim who is employed by Noah Bank.  I understand now that John Kim is likely to testify at this trial about certain Noah Bank records.  About 4 years ago John Kim's deposition was taken in a civil case involving injuries Edward Shin suffered in a "slip and fall."  I did not attend that deposition nor did I prepare Mr. Kim.  Those tasks were performed by my partner, David A. Cohen, who is not part of the Ed Shin defense team.   John Kim testified that he saw Mr. Shin fall down a set of stairs and was injured.  That was the full extent of our firm's representation of John Kim.  After his deposition testimony was completed (about 2 hours), our representation of John Kim ended.  Accordingly, there is no potential conflict of interest to my understanding between the two representations.

      I also made an appearance for Cheol Min Kim in this district's Bankruptcy Court during 2022.  The case is an adversary action being maintained by the Trustee in: *In re BASIC FOOD GROUP, LLC*, Bk. Case No. 15-10892(JLG).  Cheol Min Kim is the sole defendant left in the Trustee's adversary action, all others having been dismissed on various grounds before I was retained.  Cheol Min Kim was listed by the government on its "likely" witness list given to us during late March 2022.

      Cheol M. Kim's long-time counsel, Cheol I. Kim, asked me to assist her with preparing a motion she had drafted against the Trustee and Trustee's counsel.  The brief she had drafted concerned only two technical, legal matters: the potential conflict of interest of the Trustee's counsel and the jurisdiction of the Bankruptcy Court.  I assisted by editing her draft briefs and appearing with her for oral argument.  I never met with or communicated with Cheol Min Kim and did not receive any confidential or other factual information from him or his attorney.  All information I had related to Cheol Min Kim's matter was obtained from the Court record on

The Basil Law Group, P.C.
May 1, 2022
Page **2** of **2**

ECF.  None of the matters in the motion filed against the Trustee touched upon matters at issue in this trial.  I was also told by Cheol I. Kim before I began the representation that she did not expect Cheol Min Kim to testify in this trial.

     Mr. Shin was aware of both of these matters as they happened and consented to the two representations as described above.  Neither situation presents even a potential conflict of interest as I am in possession of no confidential information from either potential witness, related to this criminal matter or otherwise.  In addition, in the event either of these two witnesses testify, Mr. Brickfield will be conducting the cross-examinations without my assistance.

     I remain available for examination if the Court desires.
.

                          Respectfully,

                          /s Robert J. Basil
                          ROBERT J. BASIL, ESQ.
                          robertjbasil@rjbasil.com
                          Attorney for Defendant Edward Shin

Cc: Assistant U.S. Attorney Tara LaMorte
    Assistant U.S. Attorney Anden Chow
    Assistant U.S. Attorney Jessica Greenwood
    Paul Brickfield, Esq.