
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                           S3 19 Cr. 552 (JPC)

                                                 ORDER

EDWARD SHIN,

                Defendant.

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court is in receipt of a letter from one of Defendant Edward Shin's counsels, Mr. Robert J. Basil, of earlier today concerning prior representation by Mr. Basil's law firm and/or Mr. Basil himself of two potential trial witnesses for the Government, John Kim and Cheol Min Kim, in unrelated proceedings.  *See* Dkt. 176.  The Court will conduct a *Curcio* hearing concerning these matters prior to the resumption of trial on May 2, 2022, at 9:30 a.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The Government may submit any proposed hearing questions by the end of the day today.

        SO ORDERED.

Dated: May 1, 2022
       New York, New York
                                                       JOHN P. CRONAN
                                                    United States District Judge