PAUL B. BRICKFIELD*†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE*
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



BRICKFIELD & DONAHUE
A T T O R N E Y S
70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

August 24, 2022

**Via ECF Only**
Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The request is granted. The Court authorizes the release of the letter discussed at paragraphs 25 and 26 of the Final Presentence Investigation Report to Defendant.

SO ORDERED.
Date: August 25, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

Re:   United States v. Edward Shin
      Case No.: 1:19-cr-00552-JPC

Dear Judge Cronan:

I, along with Robert Basil, Esq., represent Edward Shin in the above-referenced matter. We are in receipt of the Final Presentence Investigation Report dated August 22, 2022. The report at paragraphs 25 and 26 references a letter received from Noah Bank dated August 1, 2022 relating to restitution. I am writing to request that Your Honor authorize the release of a copy of the letter to us. I have spoken to U.S. Probation Officer Stephanie McMahon who advises that she believes that the sum and substance of the letter is in the above paragraphs of the report, but that we need Your Honor's approval to see the letter itself. Accordingly, I am requesting that Your Honor authorize the release of the letter to us. Thank you.

Respectfully submitted,

/s/ Paul B. Brickfield

Paul B. Brickfield

cc:   Robert Basil, Esq. (via ECF only)
      Assistant U.S. Attorney Tara LaMorte (via ECF only)
      Assistant U.S. Attorney Anden Chow (via ECF only)
      U.S. Probation Officer Stephanie McMahon (via electronic mail only)