UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    v.

EDWARD SHIN,

                    Defendant.

-----------------------------------------------------------X

Case No. 1:19-cr-00552-JPC

**NOTICE OF APPEARANCE**

NOTICE OF APPEARANCE – DAVID A. COHEN

PLEASE TAKE NOTICE that David A. Cohen, Esq., admitted to practice before this Honorable Court, hereby appears as co-counsel of record for Defendant, EDWARD SHIN.

Dated: September 2, 2022

                      THE BASIL LAW GROUP, P.C.
                      125 West 31st Street, Suite 19-B
                      New York, NY 10001
                      (917) 994-9973
                      (831) 536-1075 (Fax)

        By:     /s/David A. Cohen
                     David A. Cohen (Bar #5437306)
                     davidacohenl@rjbasil.com