PAUL B. BRICKFIELD·†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE·
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

·CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



**BRICKFIELD & DONAHUE**
ATTORNEYS

70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

September 6, 2022

**Via ECF Only**
Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Edward Shin**
               **Case No.: 1:19-cr-00552-JPC**

Dear Judge Cronan:

      I represent Edward Shin in the above-referenced matter. Mr. Shin is scheduled for sentencing before Your Honor on September 21, 2022. We are requesting that a standby Korean interpreter be provided for Mr. Shin at that time. Thank you.

                        Respectfully submitted,

                        /s/ Paul B. Brickfield

                        Paul B. Brickfield

cc:    Robert Basil, Esq. (via ECF only)
        Assistant U.S. Attorney Tara LaMorte (via ECF only)
        Assistant U.S. Attorney Anden Chow (via ECF only)