

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 23, 2022

**BY ECF**

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Shin*, 19 Cr. 552 (JPC)

Dear Judge Cronan:

    The Government respectfully requests that the Court extend the deadline for the parties' supplemental sentencing submissions, which is currently Monday, September 26, to Thursday, September 29.  The reason for this request is that undersigned counsel will be unavailable from Sunday, September 25 through September 27 due to the Rosh Hashanah holiday.  Defense counsel consents to this request on the condition that the deadline for their supplemental submission is likewise extended (hence the Government's request to extend the deadline for all parties).

                                         DAMIAN WILLIAMS
                                         United States Attorney
                                         Southern District of New York

                    By:    /s/  *Tara M. La Morte*
                           Tara La Morte
                           Anden Chow
                           Jessica Greenwood
                           Assistant United States Attorneys
                           212-637-2348/1041/1090

cc: Counsel of Record (by ECF)