# (CRIMINAL) MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Docket No._____ Cr._____( )

Plaintiff(s)

-against-

Defendant(s)
-------------------------------------------------------------X

**Select the type of Hearing or Trial.**

| | | | |
|---|---|---|---|
| [ ]Allocution Hearing | [ ]Evidentiary Hearing | [ ]Material Witness Hearing | [ ]Removal Hearing |
| [ ]Appearance Through Counsel | [ ]Extradition Hearing | [ ]Motion Hearing | [ ]Revocation of Probation - |
| [ ]Appearance Without Counsel | [ ]Fatico Hearing | [ ]Nara Report Hearing |    Final Hearing |
| [ ]Arraignment | [ ]Forfeiture Hearing | [ ]Nebbia Hearing | [ ]Revocation of Supervised |
| [ ]Attorney Appointment Hearing | [ ]Franks Hearing | [ ]Omnibus Hearing |    Release - Final Hearing |
| [ ]Bench Trial | [ ]Hearing Out of Jury Presence | [ ]Oral Argument | [ ]Rule 44(c) Hearing |
| [ ]Bond Forfeiture Hearing | [ ]Hearing re Pro Se Status | [ ]Plea Agreement Hearing | [ ]Scheduling Conference |
| [ ]Bond Hearing | [ ]In Camera Hearing | [ ]Plea and Sentence | [ ]Sentencing |
| [ ]Bond Revocation Hearing | [ ]In Chambers Conference | [ ]Preliminary Examination | [ ]Show Cause Hearing |
| [ ]Change of Plea Hearing | [ ]Initial Appearance | [ ]Preliminary Revocation | [ ]Status Conference |
| [ ]Competency Hearing | [ ]Initial Appearance - |    Hearing | [ ]Suppression Hearing |
| [ ]Contempt Hearing |    Revocation Proceedings | [ ]Pretrial Conference | [ ]Telephone Conference |
| [ ]Curcio Hearing | [ ]Initial Appearance - Rule 40 | [ ]Pre Se (Faretta) Hearing | [ ]Trial Ready Hearing |
| [ ]Detention Hearing | [ ]James Hearing | [ ]Psychiatric Report | [ ]Voir Dire |
| [ ]Discovery Hearing | [ ]Jury Selection |    Hearing | [ ]Other (Please Specify) |
| [ ]Dispositional Hearing (Juvenile) | [ ]Jury Trial | [ ]Remand Hearing | _____ |

**Select the action.**

[ ]Began    [ ]Held    [ ]Continued    [ ]Completed    [ ]Scheduled for

Date_____ Time_____ [ ]am [ ]pm   Duration: (Hr.)_____ (Min.)_____

Judge's Decision_____
_____

Jury Verdict_____
_____

Remark_____
_____
_____

Submitted by_____
Deputy Court Clerk

**The above information is required for the JS 6 report to the AO.**