PAUL B. BRICKFIELD•†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE•
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



BRICKFIELD
& DONAHUE
A T T O R N E Y S

70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

September 29, 2022

**Via ECF Only**
Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The proposed individuals may speak at the October 6, 2022 sentencing.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 239.

SO ORDERED.
Date: October 3, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

Re:   **United States v. Edward Shin**
      **Case No.: 1:19-cr-00552-JPC**

Dear Judge Cronan:

I, along with Robert Basil, Esq., represent Edward Shin in the above-referenced matter. Mr. Shin is scheduled for sentencing before Your Honor on October 6, 2022.

If the Court permits, Mr. Shin wishes to have the following individuals speak on his behalf at the sentencing:

1.   Dr. Jhan Kim - Dr. Kim is the wife of Dr. Sang Kim, who submitted a character letter, as well as a letter regarding Mr. Shin's medical condition. Dr. Jhan Kim is also the co-owner of Kim Chiropractic & Rehab Center.

2.   Dr. InHan Lee - Dr. Lee submitted a character letter.

Please advise of the Court's position. Thank you.

Respectfully submitted,

/s/ Paul B. Brickfield

Paul B. Brickfield

cc:   Robert Basil, Esq. (via ECF only)
      Assistant U.S. Attorney Tara LaMorte (via ECF only)
      Assistant U.S. Attorney Anden Chow (via ECF only)