PAUL B. BRICKFIELD•†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE•
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

•CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



ATTORNEYS
70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

October 10, 2022

**Via ECF Only**
Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Edward Shin**
                **Case No.: 1:19-cr-00552-JPC**

Dear Judge Cronan:

      I, along with Robert Basil, Esq., represent Edward Shin in the above-referenced matter. We are in receipt of the Judgment in a Criminal Case filed on October 7, 2022. I am writing to request an amendment as follows. The Court at our request recommended that Mr. Shin be designated to FCI Fort Dix. I am writing to request that you amend it to reflect that your recommendation is to the "camp at FCI Fort Dix." Thank you.

                          Respectfully submitted,

                          /s/ Paul B. Brickfield

                          Paul B. Brickfield

cc:    Robert Basil, Esq. (via ECF only)
        Assistant U.S. Attorney Tara LaMorte (via ECF only)
        Assistant U.S. Attorney Anden Chow (via ECF only)