

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 14, 2022

**BY ECF**

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Shin*, 19 Cr. 552 (JPC)

Dear Judge Cronan:

    The Government respectfully writes to inform the Court that the Government has consulted with Noah Bank; the Bank is no longer seeking restitution in light of its settlement with the defendant.

                        DAMIAN WILLIAMS
                        United States Attorney
                        Southern District of New York

            By:   /s/
                        Tara La Morte
                        Anden Chow
                        Jessica Greenwood
                        Assistant United States Attorneys
                        212-637-2348/1041/1090

cc: Counsel of Record (by ECF)