

Exhibit A - 1



# Individualized Needs Plan - Initial Classification (Inmate Copy)

SEQUENCE: 02303558

Dept. of Justice / Federal Bureau of Prisons

Team Date: 12-29-2022

Plan is for inmate: SHIN, EDWARD 86921-054

| | | | |
|---|---|---|---|
| Facility: | FTD FORT DIX FCI | Proj. Rel. Date: | UNKNOWN |
| Name: | SHIN, EDWARD | Proj. Rel. Mthd: | UNKNOWN |
| Register No.: | 86921-054 | DNA Status: | PREBOP TST / 10-31-2022 |
| Age: | 59 | | |
| Date of Birth: | [redacted] 1963 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | EDU OUT C | EDUC LIBRARY CLERK | 12-22-2022 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | ESL HAS | ENGLISH PROFICIENT | 12-13-2022 |
| FTD | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-13-2022 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

*NO COURSES*

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-22-2022 |
| SCRN2 | CCM: STABLE CHRONIC CARE | 11-01-2022 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 12-08-2022 |
| NOT MED CL | NOT MEDICALLY CLEARED | 10-20-2022 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

*** NO FRP DETAILS ***

## FRP Deposits

Trust Fund Deposits - Past 6 months: $800.00 Payments commensurate ? Y

New Payment Plan: ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 12-29-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 12-08-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 12-08-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 12-08-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 12-12-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 12-29-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 12-08-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 12-10-2022 |

Exhibit A - 2



## Individualized Needs Plan - Initial Classification (Inmate Copy)

SEQUENCE: 02303558
Team Date: 12-29-2022

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SHIN, EDWARD 86921-054

| Assignment | Description | Start |
|---|---|---|
| N-MEDICL Y | NEED - MEDICAL YES | 12-08-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 12-08-2022 |
| N-WORK Y | NEED - WORK YES | 12-12-2022 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 12-29-2022 |

### Progress since last review

Sentence computation not updated at this time. Inmate Shin arrived at SCP Fort Dix on 12-07-2022 as an initial classification. He completed institutional A&O and received a job assignment as education library clerk. His adjustment has been good and he reports no concerns at this time.

Inmate submitted $600.00 special assessment payment. Therefore, restitution has been satisfied.

### Next Program Review Goals

It is recommended you enroll in additional educational or recreational programs of your choosing, i.e. House of Healing, or Embracing Interfaith Cooperation. Continue to practice social distancing and good hygiene habits, to include wearing a face mask.

Utilize the exercise equipment in the housing unit to promote physical well-being. Participate in religious services when offered. Efforts towards these goals from 12-29-2022 through 06-26-2023.

### Long Term Goals

Maintain clear conduct and avoid negative influences. Receive favorable evaluations for the next year. Obtain a copy of your birth certificate and/or social security card. Keep Unit Team informed of any changes to your emergency contacts. Strengthen community ties via regular phone and e-mail contact with family and friends. Efforts towards these goals from 12-29-2022 through 06-26-2023.

### RRC/HC Placement

Recommended Placement in a range between 1-90 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : RRM Determines
- Offense : Financial Crimes, Bank/Wire Fraud
- Prisoner : 59 Years Old/Male/First time incarcerated
- Court Statement : N/A
- Sentencing Commission : N/A

Inmate Shin is a first-time offender and was on pretrial supervision in the Eastern District of PA. He will be releasing back to his home of record.

### Comments

He was reassessed for risk of abusiveness and victimization, and denied any concerns.