UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
:
:
            -v-                                        :  19 Cr. 552 (JPC)
:
EDWARD SHIN,                                                            :  <u>ORDER</u>
:
            Defendant.                                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Government is directed to file a response to Defendant's motion for early termination of supervised release, Dkt. 273, by October 7, 2024.

      SO ORDERED.

Dated: September 23, 2024
       New York, New York

                                                      JOHN P. CRONAN
                                                      United States District Judge