| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:19CR00552-001 (JPC) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 25-52 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Edward Shin, Spring House, PA | DISTRICT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE John P. Cronan, U.S. District Judge |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 9/01/2023 TO 8/31/2026 |

OFFENSE

Offense: Count 1: Conspiracy to Commit Bank Fraud and Wire Fraud Affecting a Financial Institution, in violation of 18 U.S.C. 1349, Class B Felony. Count 2: Conspiracy to Commit Bank Bribery, in violation of 18 U.S.C. 371, Class D Felony. Count 3: Bank Bribery, in violation of 18 U.S.C. 215(a)(2), Class B Felony. Count 4: Theft, Embezzlement, or Misapplication by Bank Officer, in violation of 18 U.S.C. 656, Class B Felony. Count 5: Conspiracy to Commit Loan Fraud, in violation of 18 U.S.C. 371, Class D Felony. Count 6: Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. 1349, Class B Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Longstanding residence and prosocial ties in the *Eastern District of Pennsylvania*

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the *Eastern District of Pennsylvania* upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 7, 2025
_Date_                                    _United States District Judge_

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Edward Shin's supervision from the Southern District of New York to the *Eastern District of Pennsylvania*, the sealed records of the Court in the above-styled matter relating to Edward Shin are unsealed for the limited purpose of transferring those records to the United States District Court for the *Eastern District of Pennsylvania* and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE *EASTERN DISTRICT OF PENNSYLVANIA*

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

February 12, 2025
_Effective Date_                                    _United States District Judge_